Christine N. Moore, OSB No. 060270
cmoore@lbblawyers.com
Landye Bennett Blumstein LLP
1300 SW 5th Avenue, Suite 3500
Portland, OR 97201
Telephone: (503) 224-4100
Facsimile: (503) 224-4133

Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK SICA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED LABOR SUPPORT LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 3:14-cv-00776-HU<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41, the parties jointly stipulate to the dismissal of this action, including all counterclaims, with prejudice.

IT IS SO ORDERED this **2ND** day of **October**, 2014.

_____
Honorable Dennis J. Hubel

IT IS SO STIPULATED this _____ day of _____, 2014.

_____     _____
Christine N. Moore, OSB #060270         Leslie E. Baze, OSB #103326
cmoore@lbblawyers.com                   lbaze@wageclaim.org
Of Attorneys for Defendant              Of Attorneys for Plaintiff

Page 1 -  STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)